**MINUTE ENTRY**
**BERRIGAN, J.**
**APRIL 22, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 14-181 |
| LAWRENCE TREIGLE | SECTION: "C" |

### SENTENCING

**APPEARANCES:**   David Haller, Asst. U. S. Attorney
　　　　　　　　　Vincent Wynne, Jr., Defendant
　　　　　　　　　Lawrence Treigle, Defendant

COURT REPORTER:　　　Karen Ibos
COURTROOM DEPUTY:　　Kimberly County

Case called; all present and ready.
Plea accepted unconditionally.
Defendant Sentenced to Count 1 of the Superseding Bill of Information.
See Judgment.
Deft to surrender to BOP by 12:00 p.m. on 6/22/2015.
Court adjourned.

JS-10:  00:10